IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.1.168.183

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/17/2017 20:49:21 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 10/14/2017 17:06:07 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 09/17/2017 23:50:20 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/14/2017 14:47:53 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 09/14/2017 14:45:48 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 09/14/2017 14:45:38 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 09/14/2017 14:44:16 | 78845484AB4E2638BF38712068EF04904F346556 | I Cook Naked |
| 09/14/2017 14:42:38 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 09/14/2017 14:40:46 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 05/12/2015 00:18:40 | 34751866B9F5C5B1F6BA581DBBEE8B294C6E137E | Keep On Cumming |
| 04/01/2015 01:57:41 | B8F79386D7054EFFC733C063C786773658F3FFE8 | UnBREElievable |
| 02/12/2015 20:52:19 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ656